BUFFALO CEMENT COMPANY, Limited, Appellant, *v.* PLINY B. McNAUGHTON, Impleaded, etc., et al., Respondents.

*Buffalo Cement Co.* v. *McNaughton*, 90 Hun, 74, affirmed.
(Argued June 13, 1898; decided October 4, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered December 7, 1895, dismissing plaintiff's complaint after the denial of a motion for a new trial upon exceptions ordered to be heard in the first instance at General Term.

*George C. Miller* for appellant.

*William B. Hoyt* for respondents.

Judgment affirmed on opinion below, with costs.
All concur.